IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES WHITE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-cv-2145-O |
| CITY OF DALLAS, et al., | § § § | |
| Defendant. | § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in

this case. Petitioner filed objections. The Court has conducted a *de novo* review of those portions

of the proposed findings and recommendation to which objection was made. The Court finds that

the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct.

Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions,

and Recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, Defendant City of Dallas' Motion to Dismiss Plaintiff's State Common-Law

Tort Claims Against Defendants Steven Matthew Ulas and Daniel Justitz, and Brief in Support, filed

July 23, 2012 (ECF No. 13), and Defendant City of Dallas' Motion For Partial Judgment on the

Pleadings Pursuant to Rule 12(c), and Brief in Support, filed August 1, 2012 (ECF No. 20), are

**GRANTED**. Plaintiff's tort claims under the Texas Tort Claims Act and state common law against

Steven Matthew Ulas and Daniel Justitz, and all federal claims against the City of Dallas, are hereby

dismissed with prejudice.

**SO ORDERED** on this **6th day of March 2013.**


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**