IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES WHITE, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-2145-O |
| CITY OF DALLAS, et al., | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Steven Ulas's Motion for Partial Summary Judgment on Qualified Immunity (ECF No. 29) and Defendant Daniel Justitz's Motion for Partial Summary Judgment on Qualified Immunity (ECF No. 32), both filed August 30, 2012, are **GRANTED**. Any Fourth Amendment unlawful seizure or false arrest claim against them is hereby dismissed with prejudice.

**SO ORDERED** on this **6th day of March 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE