IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES WHITE,<br>　　　Plaintiff,<br><br>v.<br><br>CITY OF DALLAS, et al.,<br>　　　Defendants. | §<br>§<br>§<br>§　Civil Action No. 3:12-cv-2145-O<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, Defendant City of Dallas' Motion to Dismiss Plaintiff's State Common-Law Tort Claims (ECF No. 46), filed March 12, 2013, is **GRANTED**. By separate judgment, Plaintiff's tort claims against the City of Dallas under the Texas Tort Claims Act and state common law will be dismissed with prejudice.

　　　**SIGNED this 21st day of August, 2013.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**